Circuit granted. *Messrs. John J. Darby* and *Thomas G. Haight* for petitioner. *Mr. William E. Warland* for respondent.

No. 90. McCart et al. *v.* Indianapolis Water Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Urban C. Stover, Floyd J. Mattice, Edward H. Knight,* and *James E. Deery* for petitioners. *Messrs. William L. Ransom, G. R. Redding,* and *Joseph J. Daniels* for respondent.

No. 106. Minnesota Tea Co. *v.* Helvering, Commissioner of Internal Revenue. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. James E. Nye* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

No. 123. Adams, Receiver, et al. *v.* Nagle et al.; and
No. 124. Adams, Receiver, *v.* Tobias et al. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Brice Clagett, Charles E. Wainwright, Charles W. Matten,* and *George P. Barse* for petitioners. *Messrs. Edward W. Madeira* and *Samuel B. Schofield* for respondents. Reported below: 88 F. (2d) 936.

No. 128. Helvering, Commissioner of Internal Revenue, *v.* Therrell. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the